Div. 680, 682.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. MCGERALD, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— The return to the writ of certiorari is defective, inasmuch as it does not set forth the legal authority of the officer who made the determination to remove relator from the police force of the city of New York. No presumption of jurisdiction arises in this case. (*People ex rel. Hayes* v. *Waldo*, 212 N. Y. 156, 172.) A new return is, therefore, directed, in which respondent may set forth, if the circumstances warrant it, the authority of the officer who made the determination dismissing the relator, under section 270 of the Greater New York charter.* Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

LOUIS ROBISON, Appellant, v. GEORGE WALTER, Respondent.— The defendant should state what deeds, other than those set out in the answer, he relies upon to show restrictive covenants and agreements. If he will offer no others at the trial he may so state. The order is reversed, without costs, and the motion so far as stated granted, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

MARY VAN SALISBURY, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

ELLEN V. XAVIER, Respondent, v. DELIA NAUGHTON, Appellant. (Appeal No. 1.) — Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

ELLEN V. XAVIER, Respondent, v. DELIA NAUGHTON, Appellant. (Appeal No. 2.) — Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

NATHAN STERN, Respondent, v. JOSEPHINE KROTT, Appellant.— Application denied, with ten dollars costs.

CHARLES E. TICE, Appellant, v. FELDBERG CONSTRUCTION COMPANY, Defendant. VAN MATER STILLWELL, Respondent.— Application denied, with ten dollars costs.

---

* See Laws of 1901, chap. 466, § 270, as amd. by Laws of 1915, chap. 164. —[REP.